PD-0634_0638-15

PD-0634-15 to PD-0638-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 5/26/2015 3:57:01 PM
Accepted 5/28/2015 2:14:24 PM
ABEL ACOSTA
CLERK

No.

## In the Court of Criminal Appeals of Texas

## GILBERT JUNIOR COLLINS A/K/A GILBERT JOUINOR COLLINS VS. THE STATE OF TEXAS

ON APPEAL FROM THE COURT OF APPEALS FOR THE SECOND COURT OF APPEALS DISTRICT FORT WORTH, TEXAS
APPEALS COURT CAUSE NOS. 02-14-00047-CR, 02-14-00048-CR, 02-14-00049-CR, 02-14-00050-CR, 02-14-00051-CR

## PETITIONER'S FIRST MOTION TO EXTEND TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

COFER LAW, P.C.
Cody L. Cofer
State Bar No. 24066643
300 Throckmorton Street, Suite 500
Fort Worth, Texas 76102
ccofer@coferlaw.com
Telephone: (817) 810-9395
Facsimile: (817) 764-7377

*Counsel for Gilbert Junior Collins*

FILED IN
COURT OF CRIMINAL APPEALS

May 28, 2015

ABEL ACOSTA, CLERK

# IDENTITY OF PARTIES AND COUNSEL

**Petitioner/Respondent**

**State of Texas:**

**Petitioner/ Appellate Counsel:**

Cofer Law, P.C.
Cody L. Cofer
State Bar No. 24066643
111 N. Houston Street, Suite 222
Fort Worth, Texas 76102
ccofer@coferlaw.com
Telephone: (817) 810-9395
Facsimile: (817) 764-7377

**State of Texas Appellate Counsel:**

Honorable Sharen Wilson
Tarrant County District Attorney
State Bar No. 21721200
401 W. Belknap Street
Fort Worth, Texas 76196
Telephone: (817) 884-1687
Facsimile: (817) 884-1672

**TO THE HONORABLE COURT OF CRIMINAL APPEALS OF TEXAS:**

Pursuant to Texas Rules of Appellate Procedure 10.1, 10.5(b), and 68.2(c), the Petitioner, Gilbert Junior Collins, files this *First Motion to Extend Time to File Petition for Discretionary Review*.

Gilbert Junior Collins' petition for discretionary review was due on May 23, 2015.

Gilbert Junior Collins' *Motion to Extend Time to File Petition for Discretionary Review* is filed within 15 days of the last day for filing the petition.

Counsel for Gilbert Junior Collins requests a 15-day extension of time to file its petition for discretionary review, making the petition for discretionary review due June 7, 2015. This is the first request for extension of time to file Gilbert Junior Collins's petition for discretionary review.

Counsel for Gilbert Junior Collins relies on the following reasons, in addition to the routine matters that counsel must attend to in daily practice, to explain the need for the requested extension:

- Unexpectedly, Counsel for Gilbert Junior Collins was appointed as trial counsel on The State of Texas vs. Michael Johnson (Cause Number: 1397497) in Criminal District Court Number Two of Tarrant County, Texas. This case was tried to a jury starting on May 19, 2015.

- Counsel for Gilbert Junior Collins had to complete and file an appellate brief in the Eighth Court of Appeals in The State of Texas vs. Savanna McIntare (Case Number: 08-15-00066-CR) on May 18, 2015.

Counsel has been working on the on Petitioner's petition for discretionary review at every practical opportunity, but could not effectively complete the petition for discretionary review by May 23, 2015.

Counsel for Gilbert Junior Collins seeks this extension of time to be able to prepare a cogent and succinct petition for discretionary review. This request is not sought for delay but so that justice may be done.

All facts recited in this motion are within the personal knowledge of the counsel signing this motion, therefore no verification is necessary under Texas Rule of Appellate Procedure 10.2.

## PRAYER FOR RELIEF

For the reasons set forth above, Petitioner requests that this Court grant this *First Motion to Extend Time to File Petitioner's Petition for Discretionary Review* and extend the deadline for filing the Petitioner's petition for discretionary review up to and including June 7, 2015. Gilbert Junior Collins requests all other relief to which he may be entitled.

Respectfully submitted,

By:   *Cody L. Cofer*
          Cody L. Cofer
          State Bar No. 24066643
          Attorney for Gilbert Junior Collins

## CERTIFICATE OF CONFERENCE

Pursuant to TEX. R. APP. P. 10.1(5), I certify that the undersigned conferred with opposing counsel who indicated that the State does not oppose this motion.

*Cody L. Cofer*
Cody L. Cofer

## CERTIFICATE OF SERVICE

Pursuant to TEX. R. APP. P. 9.5, I certify that on May 27, 2015, a copy of this motion was sent by efile and facsimile to:

State of Texas Appellate Counsel:

Honorable Sharen Wilson
Tarrant County District Attorney
State Bar No. 21721200
401 W. Belknap Street
Fort Worth, Texas 76196
Telephone: (817) 884-1687
Facsimile: (817) 884-1672

*Cody L. Cofer*
Cody L. Cofer